**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Taniela F Kivalu, | No. CV-25-01897-PHX-KML |
| Plaintiff, | **ORDER** |
| v. |  |
| USAA, et al., |  |
| Defendants. |  |

Plaintiff Taniela F. Kivalu filed a motion seeking an extension of time to file his notice of appeal. (Doc. 13.) Kivalu argues he needs additional time because he is "dealing with a family emergency" and has "medical obligations." (Doc. 13 at 5.) These circumstances establish good cause for an extension. Fed. R. App. P. 4(a)(5)(A)(ii). Kivalu requests a 90-day extension, but the court may not extend the period more than 30 days. Fed. R. App. P. 4(a)(5)(C).

Kivalu's motion also seeks reconsideration of the order dismissing his complaint. (Doc. 13 at 7.) That portion of the motion does not present any arguments and Kivalu is not entitled to relief.

/
/
/
/
/

Accordingly,

**IT IS ORDERED** the Motion for Extension of Time to Appeal (Doc. 13) is **GRANTED** to the extent the time for filing a notice of appeal is extended the maximum amount permitted (30 days). The motion is **DENIED** to the extent it seeks reconsideration of the order dismissing this case.

Dated this 25th day of July, 2025.

Honorable Krissa M. Lanham
United States District Judge

- 2 -